# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

October 11, 2018

*By the Court:*

No. 17-1521

JANE DOE NO. 55,
    *Plaintiff-Appellant,*

      *v.*

MADISON METROPOLITAN SCHOOL DISTRICT,
    *Defendant-Appellee.*

Appeal from the United States District Court for the Western District of Wisconsin.

No. 3:15-cv-00570-bbc
Barbara B. Crabb, *Judge.*

**Order**

The petition for rehearing en banc is granted. The opinion and judgment entered by the panel are vacated. Oral argument will be heard on a date to be set by further order.